# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Goldwater Institute

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant(s):** U.S. Department of Health and Human Services

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Clint Bolick**
**Goldwater Institute**
**500 E. Coronado Rd.**
**Phoenix, Arizona  85004**
**602-462-5000**

**Jonathan Riches**
**Goldwater Institute**
**500 E. Coronado Rd.**
**Phoenix, Arizona  85004**
**602-462-500**

**Courtney Van Cott**
**Goldwater Institute**
**500 E. Coronado Rd.**
**Phoenix, Arizona  85004**
**602-462-5000**

Defendant's Atty(s):

---

II. Basis of Jurisdiction:     2. U.S. Government Defendant

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin : **6. Multidistrict Litigation**

V. Nature of Suit: **895 Freedom of Information Act**

VI. Cause of Action: **5 U.S.C. Sec. 552 ("FOIA") - This is an action under FOIA for injunctive and other relief and seeking disclosure of agency records improperly withheld from Plaintiff by Defendant.**

**VII. Requested in Complaint**

Class Action: **No**
Dollar Demand: **Injunctive/Declaratory**
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** /s/ Jonathan Riches

**Date:** 06/09/15

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014