**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**
Clint Bolick (021684)
Jonathan Riches (025712)
Courtney Van Cott (031507)
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GOLDWATER INSTITUTE,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    This Corporate Disclosure Statement is filed on behalf of Goldwater Institute in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, requiring a nongovernmental corporate party to an action in a district court to file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    The Goldwater Institute hereby declares that it is a nonprofit organization under 26 U.S.C. § 501(c)(3). The Goldwater Institute has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**RESPECTFULLY SUBMITTED** this 9th day of June, 2015 by:

__/s/ Jonathan Riches_____
Clint Bolick (021684)
Jonathan Riches (025712)
Courtney Van Cott (031507)
**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Document Electronically Filed by ECF this 9th day of June, 2015:

_____/s/ Kris Schlott_____
Kris Schlott