# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Goldwater Institute,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. Department of Health and Human Services,<br><br>Defendant. | No. CV-15-01055-PHX-SRB<br><br>**ORDER** |

The Court having considered the Plaintiff's Application for Substitution of Counsel, and good cause appearing,

**IT IS ORDERED** that the Application is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney Courtney Van Cott will henceforth not be an attorney of record in this case and attorney Aditya Dynar will henceforth be an attorney of record in this case.

Dated this 14th day of September, 2015.

_____
Susan R. Bolton
United States District Judge