**Scharf-Norton Center for Constitutional Litigation at the GOLDWATER INSTITUTE**
Jonathan Riches (025712)
Aditya Dynar (031583)
500 E. Coronado Rd.
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GOLDWATER INSTITUTE, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | No. CV-15-01055-PHX-SRB <br><br> **APPLICATION FOR WITHDRAWAL OF CLINT BOLICK AS COUNSEL OF RECORD** |

   Pursuant to LRCiv 83.3, Plaintiff respectfully requests that the Court enter an order withdrawing Clint Bolick as counsel of record on this matter. Clint Bolick was sworn in as Justice of the Arizona Supreme Court on January 6, 2016. As a result, he cannot serve as counsel of record in this matter.

   Plaintiff will continue to be represented by Jonathan Riches and Aditya Dynar, of Goldwater Institute who remain counsel of record for this case. Undersigned counsel certifies that the client has been notified in writing of the status of the case. LRCiv 83.3(b)(2).

**RESPECTFULLY SUBMITTED** this 13th day of January, 2016 by:

__/s/ Jonathan Riches_____
Jonathan Riches (025712)
Aditya Dynar (031583)
**Scharf-Norton Center for Constitutional Litigation
at the GOLDWATER INSTITUTE**
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Document Electronically Filed and Served by ECF this 13th day of January, 2016 to:

Peter M. Lantka
U.S. Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Peter.lantka@usdoj.gov

_____/s/ Kris Schlott_____
Kris Schlott